ORDERED UNSEALED on 08/22/2024   s/ JudePeter

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br>SEAN CHRISTIANSEN,<br><br>                              Defendant. | Case No.: '24 MJ3111 BLM<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about August 7, 2024, within the Southern District of California, defendant Sean CHRISTIANSEN knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately 70 rounds of Ammunition Arsenal 5.56 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

*Gregory Mattson*
GREGORY J. MATTSON
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___ day of August 2024.
**Aug 14, 2024**

*Barbara L Major*
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On August 7, 2024, Officers with the San Diego County Sheriff's Department responded to a reported family disturbance at 891 Sugarbush Terrace in Vista, California (the "Residence"), which is within the Southern District of California. The reporting party was a male with the initials W.C. who advised police that his son—Sean CHRISTIANSEN—was on parole and in possession of firearm parts, ammunition, and body armor at the Residence.

Upon arriving to the Residence, police met W.C. and were advised that he (W.C.) had found firearms, firearm parts, ammunition, and body armor in CHRISTIANSEN's bedroom at the Residence. W.C. further advised police that CHRISTIANSEN was a convicted felon and was prohibited from possessing the items found in his bedroom.

W.C. escorted police to CHRISTIANSEN's bedroom and police observed the lower receiver of an AR-style rifle and a 30-round ammunition magazine in plain view on the coffee table within the bedroom. Also observed in plain view within the bedroom was body armor hanging on the wall and a drum-style ammunition magazine on a bookshelf. W.C. stated CHRISTIANSEN had been manufacturing firearm components in the Residence for between 2–3 months.

Detectives with the San Diego County Sherriff's Department obtained a search warrant for the Residence. A search of CHRISTANSEN's bedroom revealed an extensive collection of firearms and related materials, including the following items:

- Approximately 70 rounds of Ammunition Arsenal 5.56 caliber ammunition
- Two 100-round 5.56 caliber ammunition magazines;
- Five 10-round AR-15 ammunition magazines;
- Three 30-round AR-15 ammunition magazines;
- Two 30-round Glock ammunition magazines;
- Approximately 140.8 grams of psylocibin, a Schedule I Controlled Substance;
- A 3D printer;
- Eight AR-15 firearm lowers made with a 3D printer;
- Twenty-four handgun lowers made with a 3D printer; and
- Two "UZI" firearm lowers made with a 3D printer.





Above are images of items seized from the Residence, including from CHRISTIANSEN's bedroom.

//

Detectives also searched the garage and two guest bedrooms within the Residence, which revealed additional firearm-related items and ammunition, including:
- An additional 3D printer;
- One handgun lower made with a 3D printer; and
- Twelve cans of more than 1000 total rounds of various calibers of ammunition.

W.C. showed police serialized firearms within the Residence and claimed them as his own. After a records check was conducted as to the serialized firearms, they were not seized.

Records checks on CHRISTIANSEN revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 10/26/2022 | CASC – Vista | Cal. V.C. §23153(a)— Driving Under the Influence Causing Bodily Injury | 5 Years Probation |
| 5/25/2010 | CAS – San Diego | Cal. H.S. §11351— Possession / Purchase of Controlled Substance for Sale (Felony) | 5 Years Prison |
| 3/22/2005 | CASC – Torrance | Cal. P.C. §496(a)— Receiving Stolen Property (Felony) | 3 Years Probation |

The Ammunition Arsenal 5.56 caliber ammunition found in CHRISTIANSEN's bedroom was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

//
//

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.