FILED
Oct 09 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ A Cortez  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN CHRISTIANSEN, <br><br> Defendant. | Case No. 24CR1885-JAH <br><br> I N D I C T M E N T <br> **(Superseding)** <br><br> Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) - Felon in Possession of Ammunition and Firearms; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about August 7, 2024, within the Southern District of California, defendant SEAN CHRISTIANSEN, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately 99 rounds of Ammunition Arsenal 5.56 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

//
//

KIGR:nlv:San Diego:10/8/24

### Count 2

On or about August 7, 2024, within the Southern District of California, defendant SEAN CHRISTIANSEN, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess privately-manufactured firearms that affected interstate commerce, to wit: 33 privately made unserialized firearms (commonly referred to as "ghost guns"); in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 and 2 are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United Stated of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the offenses alleged in Counts 1 and 2 of this Superseding Indictment, defendant SEAN CHRISTIANSEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all ammunition and firearms involved in the commission of the offenses. The firearms and ammunition include, but are not limited to the following: approximately 99 rounds of Ammunition Arsenal 5.56 caliber ammunition; 33 privately made unserialized firearms; approximately two 100-round 5.56 caliber ammunition magazines; five 10-round AR-15 ammunition magazines; three 30-round AR-15 ammunition magazines; two 30-round Glock ammunition magazines; eight AR-15 firearm lowers made with a 3D printer;

//

//

//

twenty-four handgun lowers made with a 3D printer; two "UZI" firearm lowers made with a 3D printer; and, one handgun lower made with a 3D printer.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: October 9, 2024.

A TRUE BILL:

████████████

TARA K. McGRATH
United States Attorney

By: *[signature]*
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney